UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUSINESS HEALTH
SOLUTIONS, P.C.

  Plaintiff,           20CV11455-SDD-RSW

-vs-

FOCUS FORWARD, LLC
and JOHN DOES 1-10,

  Defendants.

## STIPULATED ORDER OF DISMISSAL

  This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

  WHEREAS, the parties have negotiated a settlement, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs or fees, and the dismissal of Plaintiff's putative class claims without prejudice and without costs or fees.

**IT IS SO ORDERED.**

Dated:  January 20, 2021        s/Stephanie Dawkins Davis
                      Stephanie Dawkins Davis
                      United States District Judge

STIPULATED AND AGREED:

| | |
|---|---|
| BUSINESS HEALTH SOLUTIONS, P.C. | FOCUS FORWARD, LLC |
| s/Adam G Taub | s/ Samantha L. Southall |
| By one of its attorneys | Samantha L. Southall |
| Adam G. Taub (P48703) | Two Liberty Place |
| ADAM TAUB ASSOC CONSUMER LAW GROUP | 50 S. 16th Street, Suite 3200 |
| 17200 W. Ten Mile Road, Suite 200 | Philadelphia, PA 19102 |
| Southfield, MI 48075 | Telephone: (215) 665-3884 |
| Telephone: (248) 746-3790 | BUCHANAN INGERSOLL & ROONEY, P.C. |
| | *Counsel for Defendant* |

Daniel A. Edelman
Cathleen Combs
Dulijaza Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

*Counsel for Plaintiff*